IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.                                              Case No. 2:12-CR-20026

DARL EUGENE WILSON                                                                                       DEFENDANT

**NOTICE AND ORDER**

The Court, by this Notice and Order, gives notice to the parties and to the Butner FMC staff that Defendant, Darl Wilson, may choose to appear via live video feed in order to give testimony and witness any and all proceedings at the Psychiatric Report Hearing set in this case for October 9, 2012 at 10:00 a.m.

The United States District Court Clerk is directed to provide the United States Marshal's Service with a certified copy of this Notice and Order. The United States Marshal's service is hereby directed not to transport Defendant Wilson from the Butner FMC facility until receiving further notice or order of this Court. If Wilson is already in transit from the Butner FMC facility, the United States Marshal's Service is directed to return Wilson to the Butner FMC facility to remain there until further notice or order of this Court.

The Clerk is further directed to forward a copy of this Notice and Order by fax to the attention of Inmate Systems Management at Butner FMC and to send a certified copy to the Records Office at Butner FMC.

IT IS SO NOTICED AND ORDERED this 28th day of September, 2012.

*s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE